[No. 34531-5-II. Division Two. December 12, 2006.]

DARRELL J. HENN, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-01522-4, Paula Casey, J., entered February 13, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 34713-0-II. Division Two. December 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. K.B., *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-8-00052-1, James E. Warme, J., entered March 28, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.

[No. 24263-3-III. Division Three. December 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. SERGIO OLIVA, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00799-6, Robert G. Swisher, J., entered June 8, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 23412-6-III. Division Three. December 14, 2006.]

*In the Matter of the Marriage of* SUZANNE (GOE) BUCHMANN, *Respondent,* and DAVID JAMES GOE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 01-3-00356-9, Evan E. Sperline, J., entered August 27, 2004. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.